IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JAMAL DEMANTE KESHUNE ROSS,**

    *Plaintiff,*

v.                                                      Case No.: 5:25cv6-MW/MJF

**RICKY CLOUD,**

    *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 27. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 27, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b), for failure to state a claim on which relief may be granted." The Clerk shall close the file.

**SO ORDERED on December 30, 2025.**

                                                  s/Mark E. Walker         
                                                  **United States District Judge**